PEARL HABER et al. v. GREYHOUND RENT-A-CAR, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

SALLY RIVISE v. MAURICE J. RIVISE.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

EMMA FLEMING v. NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM et al.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court, on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

In the Matter of GLASS DOOR REST., INC., v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, without costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

NANCY HOWARD v. FRANK R. CREWDSON.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

SARAH MCNERNEY, as Administratrix of the Estate of PETER MCNERNEY, Deceased, v. NEW YORK POLYCLINIC HOSPITAL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

BARBARA M. ALSON et al. v. LILLIAN G. L. KESSLER.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers herein on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.